UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-17001-PSH |
|---|---|---|
| | § | |
| LUISA SOCHACZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $369,325.00 | Assets Exempt: | $26,900.00 |
| Total Distributions to Claimants: | $3,020.75 | Claims Discharged Without Payment: | $835,840.91 |
| Total Expenses of Administration: | $1,980.13 | | |

3) Total gross receipts of $5,000.88 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,980.13 | $1,980.13 | $1,980.13 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| General Unsecured Claims (from **Exhibit 7**) | $725,816.00 | $199,758.66 | $199,758.66 | $20.75 |
| **Total Disbursements** | $731,816.00 | $204,738.79 | $204,738.79 | $5,000.88 |

4). This case was originally filed under chapter 7 on 05/11/2009. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2010    By: /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Nissan Quest Minivan (60k mi.) | 1129-000 | $5,000.00 |
| Interest Earned | 1270-000 | $0.88 |
| **TOTAL GROSS RECEIPTS** | | $5,000.88 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,250.06 | $1,250.06 | $1,250.06 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $115.07 | $115.07 | $115.07 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $615.00 | $615.00 | $615.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,980.13 | $1,980.13 | $1,980.13 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Internal Revenue Service | 5800-000 | $6,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo | 7100-000 | $37,359.00 | $38,181.95 | $38,181.95 | $4.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Financial Leasing, Inc. | | | | | |
| 2 | Citibank South Dakota NA | 7100-000 | $759.00 | $75,970.46 | $75,970.46 | $8.84 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $3,500.00 | $2,104.18 | $2,104.18 | $0.24 |
| 4 | American Express Bank FSB | 7100-000 | $3,689.00 | $3,689.63 | $3,689.63 | $0.43 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $13,550.00 | $13,774.04 | $13,774.04 | $1.60 |
| 6 | Chase Bank USA NA | 7100-000 | $7,100.00 | $3,253.69 | $3,253.69 | $0.38 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $5,597.00 | $5,723.34 | $5,723.34 | $0.67 |
| 8 | Recovery Management Systems Corporation for GE Money Bank | 7100-000 | $18,159.00 | $18,692.28 | $18,692.28 | $2.18 |
| 9 | PYOD LLC its successors and assigns as assignee of citibank | 7100-000 | NA | $1,039.50 | $1,039.50 | $0.12 |
| 11 | US Bancorp Manifest Funding Services | 7100-000 | NA | $15,792.31 | $15,792.31 | $1.84 |
| 12 | Inovative Bank | 7200-000 | NA | $21,537.28 | $21,537.28 | $0.00 |
| | Accounts Receivable Management | 7100-000 | $16,987.00 | NA | NA | $0.00 |
| | Alexian Brothers | 7100-000 | $150.00 | NA | NA | $0.00 |
| | American National Bank & Trust | 7100-000 | $75,990.00 | NA | NA | $0.00 |
| | Anna M. Pelak, D.D.S. & Assoc. | 7100-000 | $560.00 | NA | NA | $0.00 |
| | Banco Popular | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Banco Popular | 7100-000 | $377.00 | NA | NA | $0.00 |
| | Banco Popular | 7100-000 | $2,200.00 | NA | NA | $0.00 |
| | Banco Popular | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $5,100.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $5,900.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $9,500.00 | NA | NA | $0.00 |
| | Bank of America Bankcard Center | 7100-000 | $4,484.00 | NA | NA | $0.00 |
| | Bass & | 7100-000 | $1,842.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Associates | | | | | |
| Citi/Sears Card Service Center | 7100-000 | $1,039.00 | NA | NA | $0.00 |
| Citibank, N.A. Business Banking | 7100-000 | $14,734.00 | NA | NA | $0.00 |
| Citibank/The Home Depot | 7100-000 | $867.00 | NA | NA | $0.00 |
| Client Services, Inc. | 7100-000 | $1,649.00 | NA | NA | $0.00 |
| Fabio Herrera c/o Kyle M. Kinzy | 7100-000 | $1.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $35,000.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $500.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $650.00 | NA | NA | $0.00 |
| Global Credit Collection Corp. | 7100-000 | $3,404.00 | NA | NA | $0.00 |
| HSBC Best Buy | 7100-000 | $1,859.00 | NA | NA | $0.00 |
| HSBC Best Buy | 7100-000 | $1,400.00 | NA | NA | $0.00 |
| Imperial Realty Company | 7100-000 | $75,990.00 | NA | NA | $0.00 |
| Inovative Bank | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| Inovative Bank | 7100-000 | $11,000.00 | NA | NA | $0.00 |
| Katz Law Office, Ltd. | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| Kyle M. Kinzy, Esq. | 7100-000 | $1.00 | NA | NA | $0.00 |
| PRO Consulting Services, Inc. C/O Collection Division | 7100-000 | $10,115.00 | NA | NA | $0.00 |
| Reflejos | 7100-000 | $3,216.00 | NA | NA | $0.00 |
| Riexinger & Assoc., LLC | 7100-000 | $14,707.00 | NA | NA | $0.00 |
| Robert Morris College | 7100-000 | $8,500.00 | NA | NA | $0.00 |
| Staples Credit Plan | 7100-000 | $450.00 | NA | NA | $0.00 |
| The Chaet Kaplan Baim Firm | 7100-000 | $75,990.00 | NA | NA | $0.00 |
| US Bank | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| US Bank/Menards | 7100-000 | $1,245.00 | NA | NA | $0.00 |
| Veolia Environmental Svcs. | 7100-000 | $133.00 | NA | NA | $0.00 |
| Washington Mutual/Providian | 7100-000 | $51,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Washington Mutual/Providian | 7100-000 | $14,100.00 | NA | NA | $0.00 |
| Wells Fargo Financial Leasing, Inc. | 7100-000 | $42,463.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $725,816.00 | $199,758.66 | $199,758.66 | $20.75 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-17001-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SOCHACZ, LUISA | Date Filed (f) or Converted (c): | 05/11/2009 (f) |
| For the Period Ending: | 10/15/2010 | §341(a) Meeting Date: | 06/24/2009 |
| | | Claims Bar Date: | 10/13/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Real Estate Location: 2016 Garden, Hoffman Estat | $183,500.00 | $0.00 | DA | $0.00 | FA |
| 2 | Real Estate Location: 4715 S. Hoyne, IL | $168,000.00 | $6,006.00 | DA | $0.00 | FA |
| 3 | Cash on Hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking Account with Chase Bank | $1,420.00 | $0.00 | DA | $0.00 | FA |
| 5 | Savings Account with Chase Bank | $490.00 | $0.00 | DA | $0.00 | FA |
| 6 | Checking at TCF Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 7 | Business account: Checking at Harris Bank | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 8 | Miscellaneous Household Goods | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 9 | Miscellaneous Collectibles | $50.00 | $0.00 | DA | $0.00 | FA |
| 10 | Miscellaneous Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 11 | Miscellaneous Costume Jewelry | $200.00 | $0.00 | DA | $0.00 | FA |
| 12 | Term-life insurance through employer, no cash va | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | 401k through Employer | $5,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | Business: IMC-FS, Inc. (Closed) | $0.00 | $0.00 | DA | $0.00 | FA |
| 15 | Business: Latino Computer & Biz Centers, (Closed | $0.00 | $0.00 | DA | $0.00 | FA |
| 16 | Business: Ultimate Cleaning Business (solepropri | $0.00 | $0.00 | DA | $0.00 | FA |
| 17 | 2006 Dodge Caravan 40k miles | $5,915.00 | $5,915.00 | DA | $0.00 | FA |
| 18 | 2007 Nissan Quest Minivan (60k mi.) | $10,750.00 | $8,260.00 | | $5,000.00 | FA |
| 19 | 2001 Chevy Cavalier (100k + mi.) | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 20 | Edwin & Fabio Herrerra - potential fraud, breach | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.88 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$380,075.00     $22,681.00     $5,000.88     $0.00

**Major Activities affecting case closing:**

    TFR ready for filing 01/14/10

    TFR sent to TOM on 01/15/2010

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 09-17001-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SOCHACZ, LUISA | Date Filed (f) or Converted (c): | 05/11/2009 (f) |
| For the Period Ending: | 10/15/2010 | §341(a) Meeting Date: | 06/24/2009 |
| | | Claims Bar Date: | 10/13/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/30/2010 |
| **Current Projected Date Of Final Report (TFR):** | 02/11/2010 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 09-17001-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SOCHACZ, LUISA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******8031 | | **Checking Acct #:** | ******8866 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 5/11/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 5/11/2009 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-17001-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | SOCHACZ, LUISA | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******8031 | **Money Market Acct #:** ******8865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 5/11/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2009 | (18) | Luisa Sochacz | | 1129-000 | $1,250.00 | | $1,250.00 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $1,250.03 |
| 10/12/2009 | (18) | Luisa Sochacz | | 1129-000 | $1,000.00 | | $2,250.03 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.07 | | $2,250.10 |
| 11/06/2009 | (18) | Luisa Sochacz | | 1129-000 | $1,000.00 | | $3,250.10 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,250.22 |
| 12/08/2009 | (18) | Luisa Sochacz | | 1129-000 | $1,000.00 | | $4,250.22 |
| 12/29/2009 | (18) | Luisa Sochacz | | 1129-000 | $750.00 | | $5,000.22 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $5,000.38 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $5,000.57 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $5,000.76 |
| 03/17/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | $0.12 | | $5,000.88 |
| 03/17/2010 | | To Account #********8866 | In preparation of Distribution | 9999-000 | | $5,000.88 | $0.00 |
| | | | **TOTALS:** | | $5,000.88 | $5,000.88 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,000.88 | |
| | | | **Subtotal** | | $5,000.88 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.88 | $0.00 | |

| **For the period of 5/11/2009 to 10/15/2010** | | **For the entire history of the account between 09/03/2009 to 10/15/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.88 | Total Compensable Receipts: | $5,000.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.88 | Total Comp/Non Comp Receipts: | $5,000.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,000.88 | Total Internal/Transfer Disbursements: | $5,000.88 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit 9

| **Case No.** | 09-17001-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | SOCHACZ, LUISA | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******8031 | **Checking Acct #:** | ******8866 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 5/11/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2010 | | From Account #********8865 | In preparation of Distribution | 9999-000 | $5,000.88 | | $5,000.88 |
| 03/17/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,250.06, Trustee Compensation; Reference: | 2100-000 | | $1,250.06 | $3,750.82 |
| 03/17/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $115.07, Trustee Expenses; Reference: | 2200-000 | | $115.07 | $3,635.75 |
| 03/17/2010 | 103 | Lakelaw | Dividend paid 100.00% on $615.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $615.00 | $3,020.75 |
| 03/17/2010 | 104 | Internal Revenue Service | Dividend paid 100.00% $3,000.00; Claim# 10; Filed: $3,000.00; Reference: | 5800-000 | | $3,000.00 | $20.75 |
| 03/17/2010 | 105 | Citibank South Dakota NA | Dividend paid 0.01% on $75,970.46; Claim# 2; Filed: $75,970.46; Reference: | 7100-000 | | $8.84 | $11.91 |
| 03/17/2010 | 106 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | * | | $11.91 | $0.00 |
| | | | Dividend paid 0.01% on $38,181.95; Claim# 1; Filed: $38,181.95 $(4.45) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $2,104.18; Claim# 3; Filed: $2,104.18 $(0.24) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $3,689.63; Claim# 4; Filed: $3,689.63 $(0.43) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $13,774.04; Claim# 5; Filed: $13,774.04 $(1.60) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $3,253.69; Claim# 6; Filed: $3,253.69 $(0.38) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $5,723.34; Claim# 7; Filed: $5,723.34 $(0.67) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $18,692.28; Claim# 8; Filed: $18,692.28 $(2.18) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $1,039.50; Claim# 9; Filed: $1,039.50 $(0.12) | 7100-000 | | | $0.00 |
| | | | Dividend paid 0.01% on $15,792.31; Claim# 11; Filed: $15,792.31 $(1.84) | 7100-000 | | | $0.00 |

**SUBTOTALS** $5,000.88 $5,000.88

**FORM 2**
**Page No:** 4
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case 09-17001   Doc 43   Filed 10/15/10   Entered 10/15/10 11:10:54   Desc Main
Document      Page 12 of 13

| **Case No.** | 09-17001-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | SOCHACZ, LUISA | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******8031 | **Checking Acct #:** | ******8866 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 5/11/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $5,000.88 | $5,000.88 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $5,000.88 | $0.00 | |
| | | **Subtotal** | | $0.00 | $5,000.88 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $0.00 | $5,000.88 | |

**For the period of 5/11/2009 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,000.88 |
| | |
| Total Compensable Disbursements: | $5,000.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2010 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,000.88 |
| | |
| Total Compensable Disbursements: | $5,000.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | | |
|---|---|---|---|---|---|
| **Case No.** | 09-17001-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | SOCHACZ, LUISA | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Primary Taxpayer ID #:** | ******8031 | | **Checking Acct #:** | ******8866 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account | |
| **For Period Beginning:** | 5/11/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 10/15/2010 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,000.88 | $5,000.88 | $0.00 |

**For the period of 5/11/2009 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.88 |
| Total Internal/Transfer Receipts: | $5,000.88 |
| | |
| Total Compensable Disbursements: | $5,000.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.88 |
| Total Internal/Transfer Disbursements: | $5,000.88 |

**For the entire history of the case between 05/11/2009 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.88 |
| Total Internal/Transfer Receipts: | $5,000.88 |
| | |
| Total Compensable Disbursements: | $5,000.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.88 |
| Total Internal/Transfer Disbursements: | $5,000.88 |